UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DIRECTV, Inc.,

        Plaintiff,

                                              Case No. 03-CV-74323

vs.                                            HON. GEORGE CARAM STEEH

JAMES MCLEAN,

        Defendant.
_____/

## ORDER ENTERING JUDGMENT IN FAVOR OF PLAINTIFF DIRECTV ON DEFENDANT'S FAILURE TO SHOW CAUSE AS ORDERED ON JULY 26, 2005 (#11)

This matter was reopened on July 26, 2005 on plaintiff DirecTV's motion to enforce a facilitated settlement. In the court's July 26, 2005 Order, defendant James McLean was ordered to show cause on or before August 10, 2005, why judgment should not enter in favor of plaintiff DirecTV under the terms of the settlement, plus an award of costs and fees incurred by DirecTV in reopening this lawsuit. Defendant has not responded to the show cause order. As ordered, DirecTV timely filed evidence of the terms of the settlement, and evidence that it has incurred $860.00 in costs and fees in reopening this case and enforcing the settlement. Accordingly,

IT IS ORDERED that judgment shall enter in favor of plaintiff DirecTV, and against defendant James McLean, in the total amount of $2,960.00, representing the $2,100.00 mediated settlement award, and $860.00 in costs and fees.

SO ORDERED.

                                              s/George Caram Steeh
                                              GEORGE CARAM STEEH
                                              UNITED STATES DISTRICT JUDGE

Dated: August 17, 2005

CERTIFICATE OF SERVICE

Copies of this Order were served on the attorneys of record on August 17, 2005, by electronic and/or ordinary mail.

                                      s/Josephine Chaffee
                                      Secretary/Deputy Clerk

2:03-cv-74323-GCS  Doc # 13  Filed 08/17/05  Pg 2 of 2  Pg ID 77